1 The People of the State of Colorado, Plaintiff-Appellee, v. Ricky Carl Carpenter, Defendant-Appellant. No. 20CA1051
Court of Appeals of Colorado, Division A
January 27, 2022
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 Pueblo
 County District Court Nos. 12CR1486 & 13CR71 Honorable
 Larry C. Schwartz, Judge
 
 
 
 OPINION
 
 
 
 ROMÁN CHIEF JUDGE
 
 
 ORDER
 AFFIRMED
 
 
 Vogt
 [*] and
 Taubman [*] ,
 JJ ., concur
 
 2
 
 ---------
 
 
 Notes:
 
 
 [*]Sitting by assignment of the
 Chief Justice under provisions of Colo. Const. art. VI,
 § 5(3), and § 24-51-1105, C.R.S. 2021.
 
 
 ---------